**Order entered March 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00415-CR

**MARIO ERNESTO CHAVEZ, AKA MARIO VENTURA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-25414-M**

## ORDER

The State's motion for an extension of time in which to file its brief is **GRANTED**. The

State's brief, which was received in this Court on February 27, 2013, is deemed timely filed.

/s/    ELIZABETH LANG-MIERS
       JUSTICE